IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| IGNITE RESTAURANT GROUP, INC., *et al.*[1], ) | Case No. 17-33550 (DRJ) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| DRIVETRAIN, LLC, as Trustee of the Ignite Restaurant Group GUC Trust, ) | Adv. Pro. No. 19-03510 (DRJ) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SIMON ROOFING AND SHEET METAL CORP., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that the Plaintiff, in the above-captioned Adversary Proceeding (the "Adversary Proceeding") hereby dismisses the Adversary Proceeding against Defendant pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), as is made applicable to the Adversary Proceeding pursuant to Federal Rules of Bankruptcy Procedure, Rule 7041 with prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Ignite Restaurant Group, Inc. (1359); Ignite Restaurant Group – RSC LLC (1791); Joe's Crab Shack, LLC (4189); Joe's Crab Shack – Redondo Beach, Inc. (5107); BHTT Entertainment, LLC (9818); Ignite Restaurants – New Jersey, LLC (5907); Joe's Crab Shack – Maryland, LLC (5297); Joe's Crab Shack – Anne Arundel MD, LLC (9318); Brick House Development, LLC (2944); JCS Monmouth Mall – NJ, LLC (3509); JCS Development LLC (4235). The Debtors' service address is: 10555 Richmond Avenue, Houston, Texas 77042.

Dated:  June 17, 2020

Respectfully submitted,

By: */s/ Michael D. Warner*

Jason S. Pomerantz (Admitted *pro hac vice*)
Jeffrey P. Nolan (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:  jspomerantz@pszjlaw.com
           jnolan@pszjlaw.com

-and-

Michael D. Warner (TX Bar No. 00792304)
COLE SCHOTZ PC
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
Email: mwarner@coleschotz.com

*Counsel for Plaintiff*, DRIVETRAIN, LLC, *as Trustee of the Ignite Restaurant Group GUC Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, a true and correct copy of the foregoing was served by this Courts CM/ECF Noticing System.

*/s/ Michael D. Warner*
Michael D. Warner

56797/0002-20665419v1